factually with the result. The district court correctly noted that the state court's findings of fact were presumptively correct, Title 28, U.S.C. Sec. 2254, and refused to disturb them.

It was not error to deny habeas relief sought solely on the basis of a dispute as to the facts found.

Affirmed.

Dollars under Rule 46(c), Federal Rules of Appellate Procedure, for failure to prosecute the appeal of Vira Rivera with due diligence.

Payment shall be made into the Registry of the Clerk of the United States District Court for the Central District of California, at Los Angeles, within fourteen days from the date of the filing of this order.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Vira RIVERA, Defendant-Appellant.**

No. M-72-8049 (72-2441).

United States Court of Appeals,
Ninth Circuit.

Sept. 7, 1972.

**PREMIER ELECTRICAL CONSTRUC-
TION COMPANY, a corporation,
Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

No. 71-1706.

United States Court of Appeals,
Seventh Circuit.

Argued Nov. 27, 1972.

Decided Jan. 23, 1973.

Henry W. Sands, in pro. per.

James W. Meyers, Asst. U. S. Atty., for the United States.

Before CHAMBERS and BROWNING, Circuit Judges.

PER CURIAM:

After notice and a hearing, Henry W. Sands, a member of the bar of this court, is assessed a penalty of Five Hundred